FILED
CLERK

8:21 am, Jul 17, 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X **Docket#**
KENNETH J. WARD, JR.,           : 15-cv-05316-ST
                                :
              Plaintiff,        :
                                :
      - versus -                : U.S. Courthouse
                                : Central Islip, New York
NEW YORK STATE et al.,          :
                                : July 15, 2024
              Defendants        : 3:30 p.m.
------------------------------X

TRANSCRIPT OF CIVIL CAUSE FOR TELEPHONE CONFERENCE
BEFORE THE HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE

**A   P   P   E   A   R   A   N   C   E   S:**
**(VIA VIDEO/AUDIO)**


**For the Plaintiff:**         **Kenneth J. Ward, Jr., pro se**
                               83-13 Myrtle Avenue
                               Glendale, NY  11385


**For Defendants:**            **Helen M. Benzie, Esq.**
                               Law Office of Vincent D.
                                McNamara
                               Tower Square Suite One
                               1045 Oyster Bay Road
                               East Norwich, NY 11732


**Transcription Service:**     **Transcriptions Plus II, Inc.**
                               61 Beatrice Avenue
                               West Islip, New York 11795
                               RL.Transcriptions2@gmail.com


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

Proceedings

1    THE COURT:  All right.  This is *Ward v. New*
2  *York State et al.*, 15-cv-5316.

3    Can everyone please state your appearances for
4  the record?

5    MR. WARD:  Kenneth Ward, 83-13 Myrtle Avenue,
6  Glendale, New York 11385.

7    THE COURT:  All right.  Good afternoon.

8    MR. WARD:  Good afternoon, your Honor.

9    MS. BENZIE:  Helen Benzie, B-E-N-Z-I-E, The Law
10  Office of Vincent D. McNamara, 1045 Oyster Bay Road, East
11  Norwich, New York 11732, for the solely named defendant
12  Michael Theodore in this case.  Good afternoon, your
13  Honor.

14    THE COURT:  All right.  Good afternoon.  All
15  right.  So Mr. Ward, we missed you on Friday and I'm not
16  sure what's going on but it sounded like there were some
17  issues going on on your end and I want to see what's
18  going on and whether we're still on track to begin our
19  trial.

20    MR. WARD:  Well, your Honor, I put in a motion
21  for a settlement.  As I told you, both my girlfriend and
22  I, we're going through (indiscernible) a lot of stuff.
23  So you know, at this point, you know, I'm not going to be
24  able to do this at this moment.

25    THE COURT:  So you're asking to adjourn the

3

Proceedings

1   trial again?

2           MR. WARD:  Well, I'm asking for a settlement.

3           THE COURT:  Okay.  I mean I saw your request.

4   I'll let the defendant speak to it.  But you know,

5   obviously it's up to them whether or not --

6           MR. WARD:  I mean it will cost them more to go

7   to trial than it would cost them for a settlement.  So I

8   mean, you know, it's ridiculous at this point.

9           MS. BENZIE:  I guess it's my chance.  Mr. Ward,

10  I got your motion for settlement and in my experience as

11  a lawyer under the Federal Rules, a plaintiff can't

12  compel somebody to settle.

13          That being the case, I duly transmitted your

14  settlement proposal --

15          MR. WARD:  I didn't receive it.

16          MS. BENZIE:  -- to my client.

17          MR. WARD:  Yeah, I didn't receive it.

18          MS. BENZIE:  No, you don't get a copy of my

19  communications to the client.  But I --

20          MR. WARD:  It's supposed to be from Nassau

21  County.  I mean it's not even supposed to be from him,

22  it's supposed to be from Nassau County because we were

23  suing Nassau County.

24          MS. BENZIE:  All right.  Nassau County as a

25  defendant was let out of the lawsuit.  The only

4

Proceedings

1  defendant --

2          MR. WARD:  They shouldn't have.

3          MS. BENZIE:  -- remaining --

4          MR. WARD:  They shouldn't have been let out and

5  neither any of these doctors should have been let out.

6  And the corrupt judge who was involved should never let

7  them out.  Okay?  None of them should have been let out.

8          MS. BENZIE:  Be that --

9          THE COURT:  Be that as it may, you know, we are

10  where we are.  The only defendant left in the case is Mr.

11  Theodore.  Whether or not --

12          MR. WARD:  She was corrupt, Your Honor.  Your

13  Honor, she was corrupt.  I mean Carol whatever her name

14  was, she was corrupt.  I mean come on.  She should never

15  let those doctors out of what they did to me.  I mean

16  listen, I'm not only a (indiscernible) victim, I'm a

17  World Trade Center victim.  Okay?  And they should never

18  have been let out of what they did to me.

19          THE COURT:  I mean you can't -- you have to

20  deal with the case as it is if you're talking about

21  settlement because, you know, what should have happened

22  at this point it doesn't really matter.  All that matters

23  is what is the current state of the case.  And you know,

24  that's what we have to look at terms of deciding about a

25  potential settlement.

5

Proceedings

1          MR. WARD:  It's despicable.  It really is

2     despicable what they did to me.  I mean to somebody who

3     stood on a wall, you know, standing on a wall in between

4     hostile foreign lands to protect everybody here and then

5     I get subjected to this?  I mean come on.  What the --

6     it's despicable.  It really is.

7          MS. BENZIE:  Mr. Ward, at this juncture, as the

8     judge has said, I'm representing the one remaining

9     defendant and --

10          MR. WARD:  And he's despicable too and he's a

11     corrupt cop.

12

13          MS. BENZIE:  I know you think he's despicable.

14     However, I have to represent him.  And in order to do

15     that I transmitted your motion as a settlement proposal

16     to the client.  I have not heard back from him.

17          MR. WARD:  Okay.

18          MS. BENZIE:  This is the first -- now, I know

19     you dealt with other people before me but this was the

20     first proposal that I received --

21          MR. WARD:  Okay.

22          MS. BENZIE:  -- in writing to deal with it.  I

23     question the format.  I don't think it is in the proper

24     format.  But be that as it may, we'll treat it as a --

25          MR. WARD:  Well, I am pro se.  So you have to

6

Proceedings

1  understand I'm pro se, so I'm doing this by myself.

2          MS. BENZIE:  I fully understand that, Mr. Ward.

3  Believe me I do.  And because you are pro se I have

4  transmitted it to my client as a settlement offer.  I

5  have not heard back on that.  We do have a trial date set

6  up.  There are certain logistical issues with that.  And

7  I appreciate the fact that you may have other medical

8  issues that will --

9          MR. WARD:  Let me ask you this.  How much is it

10  going to cost you and the county to do a trial?  Because

11  I think it would cost a lot less to settle.

12          MS. BENZIE:  Well, Mr. Ward, that might be true

13  if we were dealing with the usual insured case or we were

14  dealing with a business corporation that looks at things

15  solely --

16          MR. WARD:  So I got to get an insured case or

17  business corporation or I got to get a lawyer to just

18  basically take over this case and sue the hell out of it.

19  Right?  That's what you're telling me?

20          MS. BENZIE:  Mr. Ward, you're always free to

21  obtain a lawyer, sir.

22          MR. WARD:  So that's what you're telling me.

23  Right?  So now it's going to cost you a lot more money

24  instead of settling, right?  Now, I got my wife here

25  who's going through cancer.  I got me who's sick and my

7

Proceedings

1  medical issues.  And now I'm going to have to get a

2  lawyer to sue you and the county so that you can just

3  settle, right?  That's what you're telling me.

4          MS. BENZIE:  No.  Mr. Ward, I have not heard

5  word back from my client about what they wanted to do

6  with the case.

7          MR. WARD:  Your Honor, what do you want to do?

8          THE COURT:  Look, I don't know what the county

9  is going to say.  I suspect what they're going to say is

10  the settlement amount is too high.  I don't think that

11  there's any suggestion that they wouldn't be willing to

12  settle the case but I think --

13          MR. WARD:  I mean it's been what, ten years

14  now?  I mean this is ridiculous at this point.  How much

15  money did they waste on this fricken case already?  You

16  know?

17          MS. BENZIE:  Mr. Ward --

18          MR. WARD:  They must have wasted at least

19  $80,000 on that other fricken knucklehead who was in

20  charge of the case in the first place.

21          THE COURT:  I have no idea.  Let's --

22          MS. BENZIE:  I can't speak to that, Mr. Ward.

23  I really can't.

24          MR. WARD:  They must have wasted at least

25  $80,000 already from that knucklehead, whatever her name

8

Proceedings

1   was.  I mean this is ridiculous at this point.

2         THE COURT:  I mean I think the one thing you

3   need to keep in mind is that as much as you may disagree

4   in dispute it, the fact is that all of the claims have

5   been dismissed except for a single claim against Mr.

6   Theodore and --

7         MR. WARD:  And your Honor, your Honor, not for

8   nothin, none of those claims should have been dismissed.

9   Carol whatever her name was, was corrupt and none of

10  those doctors should have got off on this.  None of them.

11  Not one of them.  Okay?  They were all -- every fact that

12  I put in there was justified.  They should have all

13  been -- matter of fact, that one doctor was crying at the

14  deposition.  He knew, he knew for a fact that he did not

15  do the right thing and he was corrupt.  Okay?  He knew he

16  would have been fired if I had a justifiable judge like

17  you.  He knew he would have been fired.

18        THE COURT:  You know, I appreciate that

19  position and I think the problem is --

20        MR. WARD:  He would have never got his,

21  whatever it is, his degree in being a doctor, he would

22  never have got it.  He wasn't even a doctor and then he

23  puts me in there?  There's no way.  I mean it was just

24  unjustifiable.

25        THE COURT:  The only way you're going to be

9

Proceedings

1  able to settle this case is if we focus on the actual

2  claim that's still remaining in the case.  I understand

3  that you dispute what happened before and it's

4  frustrating to you that those --

5          MR. WARD:  Well, if they want to go to trial --

6          THE COURT:  -- claims were dismissed --

7          MR. WARD:  -- if they want to go to trial, I'm

8  going to have to bring every doctor that was involved in

9  this and --

10          THE COURT:  The problem is the only claim --

11          MR. WARD:  -- it's going to be all in

12  session --

13          THE COURT:  The only claim that's left in the

14  case is the unlawful search.

15          MR. WARD:  Yes.

16          THE COURT:  So from a legal --

17          MR. WARD:  They're all witnesses.  They're all

18  witnesses.  All the doctors are witnesses.  All the

19  doctors are witnesses to everything.  They're all

20  witnesses.  All the nurses are witnesses, all the doctors

21  are witnesses.  Everybody that was working there.  Do you

22  know they were all fired?  Do you know that whole

23  management staff was fired over there?

24          THE COURT:  I don't know anything about what

25  happened at that point.

10

Proceedings

1      MR. WARD:  They were all fired.  All of them.

2  It was in the newspaper.  It was in the New York Daily

3  News.  They were all fired, all of them, because they

4  were all corrupt.

5      THE COURT:  Just coming back to the point I was

6  going to make --

7      MR. WARD:  I'm sorry I'm being, I'm sorry I'm

8  being pissed off, your Honor, but --

9      THE COURT:  Look, I understand.

10      MR. WARD:  -- this is enough.

11      THE COURT:  I get it.  But I have to deal with

12  the practical reality of what's actually before me and --

13      MR. WARD:  Okay.

14      THE COURT:  You know, the sole claim that's

15  remaining is this unlawful search claim which at the end

16  of the day --

17      MR. WARD:  Well, it was unlawful.

18      THE COURT:  I'm sorry?

19      MR. WARD:  The nurse even, the registered

20  nurse, the head nurse even said he wasn't even supposed

21  to be on the floor.

22      THE COURT:  Okay.  I'm assuming for purposes of

23  this argument that everything you're saying with regard

24  to the nurse and the claim is correct and you'll prevail

25  on that.  But even assuming that, the question I have

11

Proceedings

1   though is what are the damages?  Because as I understand

2   it, and you can obviously correct me if I'm wrong, this

3   case has been going on for a long time so maybe I'm not

4   remembering every single fact, but my understanding was

5   that they didn't actually find anything during the

6   search.  There wasn't like --

7           MR. WARD:  No.

8           THE COURT:  -- some contraband that they found

9   or anything like that.

10           MR. WARD:  Nothing, nothing.

11           THE COURT:  Okay.  So --

12           MR. WARD:  Matter of fact, the nurses actually

13   pulled money out of their pocket to give me bus fare to

14   go home.

15           THE COURT:  Okay.  So but then my question then

16   is what are the damages from -- not all this other stuff

17   which, you know, I understand you suffered damages as a

18   result of what you're alleging the doctors did and all of

19   this other stuff.  But focusing just on that search, if

20   there was nothing found, nothing used against you, what

21   were the actual damages suffered as a result of the

22   unlawful search?

23           MR. WARD:  They, they --

24           THE COURT:  Did they damage your property?

25   What did they do exactly?

12

Proceedings

1        MR. WARD:  They kept me in the fricken mental

2   ward for fucking a week.

3        THE COURT:  I understand that but that's a

4   separate thing because the search had nothing to do with

5   the mental ward.  They didn't find something during the

6   search that they then used to keep you in the mental

7   institution or charge you with something.

8        MR. WARD:  No.  That's why they kept me in the

9   mental institution because they said that I had something

10  and I threatened them and all this other bullshit.

11       THE COURT:  I'm sorry, they said you had --

12  what do you mean you had something?

13       MR. WARD:  No, they said I had a gun and they

14  kept me in the mental institution because they said I had

15  a gun or something like that.  That's why they kept me

16  there.

17       THE COURT:  Okay.  But not because they

18  actually found anything during the search.

19       MR. WARD:  Because they didn't find nothing

20  because I never had one.  But that's why they locked me

21  up.

22       THE COURT:  Okay.  But that was before the

23  search.  They locked you up before --

24       MR. WARD:  No, no, no, no.  That was before.

25  It was all before.

Proceedings

13

1     THE COURT:  Uh huh.

2     MR. WARD:  It was all before.

3     THE COURT:  Yes.

4     MR. WARD:  That's the reason why they put me in

5  there in the first place.

6     THE COURT:  Okay.  But then I guess my question

7  to you is what --

8     MR. WARD:  Well, what happened -- here's the

9  situation.  What happened was my stuff was stolen, my

10  inheritance was stolen by my sisters.  Right?

11     THE COURT:  Yes.

12     MR. WARD:  Okay.  So I was being threatened and

13  I went to the VA.  I don't know why, because I had no

14  other place to go to get help.  Okay?  So when I went to

15  the VA, they came and threatened me and put me in a

16  mental institution.  And then Theodore, he comes up there

17  and threatens me if I didn't give him my keys and stuff

18  like that to my house that he would lock me up.  And he

19  wasn't supposed to be on the floor, he wasn't supposed to

20  be there.  Even the nurse said you're not supposed to be

21  here, you're not supposed to be talking to him.  And

22  basically he took my keys --

23     THE COURT:  Okay.

24     MR. WARD:  -- to my house.  And he crossed

25  borders cause he's a Long Island cop.  He's not even

14

Proceedings

1  supposed to come over to Queens.

2          THE COURT:  Again, I'm assuming that all of

3  that is true, all of that.  Let's assume that there's a

4  violation there from all of that stuff that he's doing.

5  But my question to you is -- because, you know, the

6  damages and the injury have to be tied directly to that

7  violation.  That violation was the search itself, not

8  anything that happened before, not what --

9          MR. WARD:  He caused --

10         THE COURT:  -- the doctors did or anything

11 else.

12         MR. WARD:  Your Honor --

13         THE COURT:  But again, I'm assuming, I'm

14 already assuming, Mr. Ward, that you win.  Let's assume

15 that you win that claim.  My question for you is more

16 about the damages because even if you win, you still have

17 to establish some kind of damages otherwise it would only

18 be nominal damages which is very little.  So my question

19 is what actual damages did you suffer specifically from

20 the unlawful search?

21         MR. WARD:  Oh shit, the damages.  You know how

22 many damages I suffered?  So now I got to establish the

23 damages?

24         THE COURT:  Well, what the injuries were I mean

25 to justify, you know --

Transcriptions Plus II, Inc.

15

Proceedings

1        MR. WARD:  Stress (inaudible) --

2        THE COURT:  -- you know, assuming that --

3        MR. WARD:  My health, stress, damages to my

4   sibling and the people that, you know, I'm taking care

5   of.  I have three kids in this house and five adults that

6   I'm trying to take care of.  I mean there's a lot of

7   damages going on here.

8        THE COURT:  Okay.

9        MR. WARD:  You know?  And then, you know, week

10  of -- a couple of weeks of not being able to be here to

11  help them, I mean you know, that's a lot of damages.

12       THE COURT:  Okay.  But again --

13       MR. WARD:  Being out of work.  Actually at that

14  time, specifically at that time, I believe I lost my job

15  because of this.  You know?

16       THE COURT:  But again, how much of that was

17  caused by the other stuff versus the unlawful search?

18  Because the only thing that you can recover from is

19  damages caused directly and proximately by the search

20  itself because that's the violation that's still in the

21  case.  So --

22       MR. WARD:  I understand what you're saying but

23  that escalated into -- how can I put it?  That escalated

24  into -- how can I put it?  You know how the dominoes

25  effect?

16

Proceedings

1          THE COURT:  Mm hm.

2          MR. WARD:  So the dominoes effect caused

3    multiple unfortunate situations like, you know, there was

4    one after the other after the other after the other after

5    the other that this caused.  You know?  So I mean I don't

6    know how else to explain it.  It was multiple effects

7    that happened one after the other.  So I mean if I could

8    write it down, I would.  But you know, it was just one

9    after the other.  I mean a whole bunch of things happened

10   right after that.

11         THE COURT:  Okay.

12         MS. BENZIE:  I really can't -- and I'm treating

13   this, your Honor, and I think it's the best way of

14   treating it, is that this is his view of his case and

15   this is not the time to go into the nuts and bolts of

16   damages other than for what he said.

17         Right now from this search, there was nothing

18   found in his car, nothing found in his apartment.  The

19   keys were returned.  He made no --

20         MR. WARD:  He should have never threatened me.

21   He threatened me --

22         MS. BENZIE:  Be that --

23         MR. WARD:  -- in front --

24         MS. BENZIE:  Be that --

25         MR. WARD:  He threatened me in --

17

Proceedings

1          MS. BENZIE:  Mr. Ward, please.

2          MR. WARD:  He threatened me in front of the

3   nurse.  He threatened me in front of the nurse.  He

4   threatened me in front of the nurse.

5          MS. BENZIE:  All right.  You perceive that as a

6   threat.  And I understand in your situation you may have

7   thought that was a threat but many --

8          MR. WARD:  It was a threat.  He threatened me.

9   He told me if I don't give up my keys, it's going to be a

10  regret.  That's what the guy said.

11         MS. BENZIE:  All right.

12         MR. WARD:  That's what he said.

13         MS. BENZIE:  All right.  And he crossed --

14         MS. BENZIE:  Why --

15         MR. WARD:  -- he crossed from Nassau County

16  into Queens which is across the border.  He's not allowed

17  to do that.  He's not allowed to do that.  He's not

18  allowed to go from Nassau County to Queens.

19         MS. BENZIE:  Mr. Ward, I fully understand you

20  and I understand your point of view.  However, for my

21  client there is a different point of view that does not

22  agree with yours.

23         MR. WARD:  I don't care if it's a different

24  point of view.

25         MS. BENZIE:  But, but --

18

Proceedings

1          MR. WARD:  He's a Nassau County cop.  He's not

2    supposed to go to Queens without permission and he had no

3    permission to go to Queens.  Believe me, I have 20 cops

4    working for me now at the New York public library.  Okay?

5    He's not allowed to do that.  I asked every one of them.

6    He's not allowed to do that.

7          MS. BENZIE:  All right.  But we still get back

8    to --

9          MR. WARD:  Theodore.  Yeah.  That's my

10   brother's name.

11         MS. BENZIE:  -- the issue of the damages and

12   then we still get back here.  There were no --

13         MR. WARD:  Listen, listen --

14         MS. BENZIE:  -- criminal charges brought

15   against --

16         MR. WARD:  -- just settle the case and get it

17   over with.  All right?  Forget about this other bullshit.

18   All right?  They guy's an asshole.  He's a corrupt cop.

19   He should have never -- he should never cross counties

20   and went into Queens.  Never.  I have 20 cops working for

21   me.  I have 20 of them working for me right now.  Okay?

22   They all said he should have never crossed counties point

23   blank.

24         THE COURT:  Okay.  I guess you'll go back to,

25   you know --

19

Proceedings

1          MS. BENZIE:  All right.  So your Honor --

2          THE COURT:  -- your client and figure out --

3   what are we doing about the trial date, Mr. Ward?  Are we

4   going forward assuming that there's no settlement

5   reached?  I'm not exactly sure what you're asking for.  I

6   can't force them to settle.  If they want to settle, they

7   can settle, but I can't force somebody to settle.

8          MR. WARD:  I understand, your Honor.  I'm sorry

9   I'm being, you know, but I'm tired, you know, I'm sick.

10  It's enough (inaudible) already.

11         THE COURT:  All right.

12         MS. BENZIE:  So we're back to the trial date.

13  I mean do you feel well enough to try it, Mr. Ward, and

14  let the jury decide or --

15         MR. WARD:  Oh, I'm going forward.  Oh trust me,

16  I'm going forward no matter what.  I'm a Marine.  I don't

17  quit.

18         MS. BENZIE:  I know you're a Marine.  I know

19  you walk through walls and you leave sand in your wake.

20  I know.

21         MR. WARD:  I don't quit.

22         MS. BENZIE:  I know you don't quit.  But the

23  question before us today is, excuse me, your Honor, is do

24  you want to go ahead next Monday or do you want to put it

25  over for a while and see whether I can speak to my

20

Proceedings

1    people?

2            MR. WARD:  I'd appreciate you speaking to your

3    people.

4            MS. BENZIE:  Okay.  All right.  So your

5    Honor --

6            MR. WARD:  It would be cheaper if you speak to

7    your people because I'm going to call everybody.

8    Everybody that was involved, I'm going to call them all.

9    I'm going to call everybody, all the doctors.  I'm going

10   to break their balls, everything.

11           MS. BENZIE:  Mr. Ward, if you have time and

12   energy to do that, I can't stop you from doing it other

13   than to say unless you know right now --

14           MR. WARD:  Yeah, there's going to be a lot --

15           MS. BENZIE:  -- that whatever happened --

16           MR. WARD:  -- there's going to be a lot of

17   money involved in this.

18           MS. BENZIE:  Mr. Ward, Mr. Ward, whatever

19   happened with the doctors, whatever happened with any --

20           MR. WARD:  Those animals.

21           MS. BENZIE:  -- of the other people --

22           MR. WARD:  They're animals.

23           MS. BENZIE:  Mr. Ward, whatever happened with

24   all those other people is not relevant to the sole

25   remaining claim --

21

Proceedings

1          MR. WARD:  It is.

2          MS. BENZIE:  -- that we have here.

3          MR. WARD:  No, it is.  It is.  Because they --

4          MS. BENZIE:  And I'm going to have to request

5     the Court make a ruling to limit the proof.  Or to put it

6     more accurately --

7          MR. WARD:  They're all (inaudible) --

8          MS. BENZIE:  -- to reaffirm the ruling that has

9     already been made with respect to the scope of the proof

10    in this case which is a one issue case.

11         MR. WARD:  No.

12         MS. BENZIE:  And even as our discussion today

13    has mentioned, even if you establish a violation of your

14    rights, which I do not, on behalf of my clients, I don't

15    agree that your rights were violated, but if you get a

16    jury to believe that, the next question is what are your

17    actual compensable damages?  Is there any documentation

18    of any monetary loss directly --

19         MR. WARD:  Oh, I have so much --

20         MS. BENZIE:  -- stemming from --

21         MR. WARD:  -- I have so much --

22         MS. BENZIE:  -- the entry to your premises on

23    June 16th and/or 17, 2015?  Is there any --

24         MR. WARD:  Listen --

25         MS. BENZIE:  -- monetary -- there's no claim in

22

Proceedings

1  your very well worded notice of claim for any property

2  damage.  There's no claim for any loss of any property?

3  The sole claim --

4          MR. WARD:  Well, the (inaudible) --

5          MS. BENZIE:  -- in the notice of claim for that

6  entry is that your premises was entered in which case

7  your damages are not, as the judge has said, they're

8  nominal damages.  It's a very, very -- it's like a dollar

9  and change, or 100 dollars and change, something like

10  that, really, really low.

11          MR. WARD:  (Indiscernible) --

12          MS. BENZIE:  And with respect to your proof in

13  that, that's the argument that is going to be made at

14  trial that you did not suffer any damage from this entry

15  into your property, either your vehicle or your

16  apartment.  There was no damage to you because you didn't

17  have a gun --

18          MR. WARD:  Well, (inaudible) --

19          MS. BENZIE:  -- there were no criminal charges

20  brought against you.

21          MR. WARD:  Yeah, of course there was no

22  criminal charges against me because I didn't do nothing

23  wrong.  And the doctors put me in a fricken hospital for

24  a fuckin week and I'd like to see you go into to that

25  hospital for a week.  Okay?  And quite honestly, all

23

Proceedings

1  right, I'd like to see what happens to you if you went

2  into that hospital for a week.  Okay?  So those doctors

3  and that fucking judge, Carol whatever the fuck her name

4  is, can go fuck herself.  All right?  And if I ever see

5  her again, I'm going to choke her to death.  And that's

6  on the fucking -- that's on the record.  And I'll tell

7  you that right now because --

8          THE COURT:  All right.  This is not productive.

9          MR. WARD:  -- I'm sick of this shit.  Fucking

10  (indiscernible) this bullshit --

11         MS. BENZIE:  Magistrate --

12         MR. WARD:  with this fucking -- with this woman

13  who fuckin let these people off that fuckin secluded me

14  in a fuckin nuthouse?  Are you kidding me?  What the

15  fuck?  What the fuck is going on here with you people?

16         THE COURT:  Mr. Ward, I just need the answer to

17  one simple question which is are you ready to go to trial

18  on Monday or not?

19         MR. WARD:  No.

20         THE COURT:  All right.

21         MR. WARD:  Your Honor, I'm sick.

22         THE COURT:  So tell me when we can put this off

23  to.  I mean --

24         MR. WARD:  Your Honor --

25         THE COURT:  -- you tell me you're sick.  I

24

Proceedings

1  understand that but --

2          MR. WARD:  Your Honor, your Honor, both my

3  girlfriend --

4          THE COURT:  -- I mean (inaudible) --

5          MR. WARD:  -- my girlfriend and I'm sick.

6          THE COURT:  Okay.

7          MR. WARD:  You understand that?

8          THE COURT:  I do understand that.

9          MR. WARD:  We're fuckin dying here.

10         THE COURT:  When would you like to put this off

11 to?  Are you looking for something in the fall?

12         MR. WARD:  I respect you so much but I can't.

13 I can't, your Honor.  Oh, they need to just fuckin settle

14 it.  Your Honor, I'm sick.

15         THE COURT:  All right.  Look --

16         MR. WARD:  You understand that?

17         THE COURT:  I do.  Let's put it over for

18 another trial date, give them an opportunity to talk to,

19 you know, the County and the various people to see if we

20 can come up with a settlement and give you some time

21 hopefully to be in a better place --

22         MR. WARD:  Your Honor --

23         THE COURT:  -- before we have to actually --

24         MR. WARD:  -- I'm sick.  We're sick.  It's no

25 bullshit.  I'll give you the (inaudible).  I'm not

25

Proceedings

1    felling well.  All right?  I'm lucky (inaudible).  It's

2    all bullshit.  They should have settled a long time ago.

3           THE COURT:  All right.

4           MR. WARD:  I don't know.  And she's

5    bullshitting and fuckin (inaudible).  And you know, your

6    Honor, not for nothing, she should never have released

7    those doctors.  Those doctors were fuckin accountable.

8           THE COURT:  All right.

9           MR. WARD:  They were accountable for everything

10   they did.

11          THE COURT:  Looking at my calendar, I'm

12   thinking, let's see --

13          MR. WARD:  They were accountable for everything

14   they did.  Fucking bastards.  It's enough already with

15   this life.

16          THE COURT:  Can either do September 16th --

17          MR. WARD:  Can you do a Monday, please?

18          THE COURT:  Yes, it's a Monday.

19          MS. BENZIE:  That works for me, your Honor.

20          THE COURT:  (Inaudible).

21          MR. WARD:  Telling you, Judge, and it's enough.

22   It's the fuck enough.  Fucking nine years.  What the

23   fuck?

24          THE COURT:  Let's have a telephone conference

25   the week before just to make sure that we're on track.

26

Proceedings

1          MS. BENZIE:  All right.  So that would be --

2          MR. WARD:  (Inaudible) --

3          THE COURT:  Or maybe two weeks.  How about

4    September 5th for a telephone?

5          MR. WARD:  I stood on a wall in between foreign

6    hostile lands for you people and this is how I get

7    treated.  It's fucking unbelievable.  Un fucking

8    believable.

9          MS. BENZIE:  Are we going to do it in person,

10   your Honor, or on the phone?

11         THE COURT:  For September 5th we can do it by

12   phone.

13         MS. BENZIE:  Okay.

14         THE COURT:  Pretrial conference.  Let's say 11

15   o'clock?

16         MS. BENZIE:  11 o'clock works for me.  Does it

17   work for you, Mr. Ward?

18         MR. WARD:  Just get this settled, would you

19   please?  Get it settled, please.  I mean come on.  I

20   stood on a wall in between hostile fuckin lands fuckin

21   being shot at.  What the fuck?

22         THE COURT:  All right.

23         MS. BENZIE:  Okay.

24         THE COURT:  All right.

25         MS. BENZIE:  So we're on for September 5 --

27

Proceedings

1          MR. WARD:  End this fuckin shit already.

2          MS. BENZIE:  All right.

3          MR. WARD:  That guy's a prick and so are the

4    fuckin judges that were there.  Just fuckin do the right

5    thing.

6          MS. BENZIE:  Mr. Ward, I think the -- I feel

7    very -- you have my sympathy for everything that you're

8    going through.  We're going to have a phone call on the

9    5th.  Your Honor, do we use the same phone number?

10          THE COURT:  Yes, same phone number as today.

11          MS. BENZIE:  Okay.  Same phone number.  Okay.

12          THE COURT:  We'll do the 5th at 11 o'clock.

13    And then the trial, assuming we can't resolve the case,

14    will be on September 16th.

15          MR. WARD:  Do the right thing.

16          MS. BENZIE:  That's 9:30 out in Central Islip,

17    right?

18          THE COURT:  I will start the jury selection at

19    10 o'clock.

20          MS. BENZIE:  Okay, okay.  10 o'clock.

21          MR. WARD:  Thank you, your Honor.

22          MS. BENZIE:  All right.  Thank you.

23          THE COURT:  Talk to your client.  See if

24    there's something that can be worked out in terms of

25    settlement and let Mr. Ward know.

Proceedings

1          MS. BENZIE:  Okay.

2          MR. WARD:  Please just do the right thing

3   (indiscernible).

4          THE COURT:  All right.  Everyone --

5          MR. WARD:  Thank you, your Honor.

6          THE COURT:  Have a good afternoon.

7          MS. BENZIE:  Thank you very much, your Honor.

8          THE COURT:  All right.  Bye.

9          MR. WARD:  Bye.

10                   (Matter concluded)

11                        -oOo-

12

13

14

15

16

17

18

19

20

21

22

23

24

25

29

# C E R T I F I C A T E

I, MARY GRECO, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **17th** day of **July**, 2024.

*Mary Greco*

Transcriptions Plus II, Inc.